AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5/11/06 |
| NAME OF SERVER (PRINT) Walter R. Ballen Jr | TITLE Private Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Alabama Department of Transportation Legal Office 1409 Coliseum Blvd Montgomery AL 36110

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: Att: Mitch Alton

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/11/06  1345 hrs
         Date       Signature of Server

3530 Gaslight Curve
Montgomery AL 36116
Address of Server    334-271-1330

**RETURNED AND FILED**

**MAY 11 2006**

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

◈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

                    Middle                    District of                    Alabama

Action Outdoor Advertising J.V., LLC and Jon P. Strength

V.

Joe McInnes, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv426-DRB

TO: (Name and address of Defendant)

Mr. Joe McInnes
Director, Alabama Department of Transportation
1409 Coliseum Blvd.
Montgomery, Alabama 36110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

E. Adam Webb, Esq.
The Webb Law Group, L.L.C.
2625 Cumberland Parkway, S.E.
Suite 220
Atlanta, Georgia 30339

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                              5/11/06
CLERK                                                               DATE
_Will C. R_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5/11/06 |
| NAME OF SERVER (PRINT) Walter R. Ballen Jr | TITLE Private Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Legal Office: Department of transportation 1409 Colliseum Blvd Montgomery AL 36110

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Att: Mitch Alton

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/11/06  1345hrs
Date

Signature of Server

3530 Gaslight Curve
Montgomery AL 36110
Address of Server
334-271-1330

RETURNED AND FILED

MAY 11 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Action Outdoor Advertising J.V., LLC and Jon P. Strength

V.

Joe McInnes, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv426-DRB

TO: (Name and address of Defendant)

Mr. Chris Hilyer
District Engineer, Sixth Division
Alabama Department of Transportation
1525 Coliseum Boulevard
Montgomery, Alabama 36110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

E. Adam Webb, Esq.
The Webb Law Group, L.L.C.
2625 Cumberland Parkway, S.E.
Suite 220
Atlanta, Georgia 30339

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                              5/11/06

CLERK                                            DATE

(By) DEPUTY CLERK

CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me  
DATE: 5/11/06

NAME OF SERVER (PRINT): Walter R. Ballew Jr  
TITLE: Private Investigator

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Legal Office Department of Transportation 1409 Coliseum Blvd Montgomery AL 36110

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  
Name of person with whom the summons and complaint were left: Att Mitch Alton

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/11/06 1345 hrs    Signature of Server: Walter R Ballew Jr

Address of Server: 3535 Eastight Curve Montgomery AL 36110  
334-271-1330

RETURNED AND FILED

MAY 11 2006

CLERK  
U.S. DISTRICT COURT  
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Action Outdoor Advertising J.V., LLC and Jon P. Strength

V.

Joe McInnes, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv426-DRB

TO: (Name and address of Defendant)

Mr. Randy Braden
Asst. State Maint. Engineer
Alabama Department of Transportation
1409 Coliseum Blvd.
Montgomery, Alabama 36110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

E. Adam Webb
The Webb Law Group, L.L.C.
2625 Cumberland Pkwy SE
Suite 220
Atlanta, Georgia 30339

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

_[signature]_
(By) DEPUTY CLERK

5/11/06
DATE