ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 MAY 12  A 10: 08

| | |
|---|---|
| ACTION OUTDOOR ADVERTISING J.V., LLC ) <br> and JON P. STRENGTH, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JOE MCINNES, as an individual and in his ) <br> official capacity as DIRECTOR of the ) <br> DEPARTMENT OF TRANSPORTATION ) <br> FOR THE STATE OF ALABAMA, RANDY ) <br> BRADEN, as an individual and in his official ) <br> capacity as ASSISTANT STATE ) <br> MAINTENANCE ENGINEER for the ) <br> DEPARTMENT OF TRANSPORTATION ) <br> FOR THE STATE OF ALABAMA, and CHRIS ) <br> HILYER, as an individual and in his official ) <br> capacity as DISTRICT ENGINEER for the ) <br> DEPARTMENT OF TRANSPORTATION ) <br> FOR THE STATE OF ALABAMA, ) <br> ) <br> Defendants. ) <br> ) | CASE NO. 2:06cv426-DRB |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.1(b), counsel for Plaintiffs in the above-captioned case, E. Adam Webb, hereby applies to appear on Plaintiffs' behalf in this case even though he is not a member of the bar of the District Court for the Middle District of Alabama.

In support of this Motion, Plaintiffs' counsel shows that he both resides and regularly practices law in Atlanta, Georgia and that he is a member in good standing of the bar for the United States District Court for the Northern District of Georgia. See Cert of Good Standing (Exh. A hereto). Moreover, Plaintiffs' counsel is a member in good standing before the Supreme Court of Georgia and all Georgia state courts. Plaintiffs' counsel has also appeared *pro hac vice* before numerous other district courts, including the Northern District of Alabama.

WHEREFOR, Plaintiffs Action Outdoor Advertising J.V., LLC and Jon P. Strength request that attorney E. Adam Webb be permitted to represent them in this case.

DATED this 11th day of May, 2006.

        Respectfully submitted,

BY:   THE WEBB LAW GROUP, L.L.C.

*/s/ E. Adam Webb*
E. Adam Webb
  Georgia State Bar No. 743910

2625 Cumberland Parkway, S.E.
Suite 220
Atlanta, Georgia 30339
(770) 444-0773
(770) 444-0271 (fax)

Nicholas J. Cervera
Frank P. Ralph
Cervera, Ralph & Reeves
914 South Brundidge Street
P.O. Box 325
Troy, Alabama 36801
(334) 566-0116
(334) 566-4073 (fax)

Attorneys for Plaintiffs