# **EXHIBIT "A"**



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**         }
                                     } ss.
**NORTHERN DISTRICT OF GEORGIA**     }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **EDWARD ADAM WEBB**, **State Bar No. 743910**, was duly admitted to practice in said Court on November 4, 1996, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 10th day of May, 2006.

                                LUTHER D. THOMAS
                                CLERK OF COURT

                        By:    /s/ Jamee Holland
                                Jamee Holland
                                Deputy Clerk

