IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ACTION OUTDOOR ADVERTISING J.V., LLC and JON P. STRENGTH,<br><br>Plaintiffs,<br><br>v.<br><br>JOE MCINNES, as an individual and in his official capacity as DIRECTOR of the DEPARTMENT OF TRANSPORTATION FOR THE STATE OF ALABAMA, RANDY BRADEN, as an individual and in his official capacity as ASSISTANT STATE MAINTENANCE ENGINEER for the DEPARTMENT OF TRANSPORTATION FOR THE STATE OF ALABAMA, and CHRIS HILYER, as an individual and in his official capacity as DISTRICT ENGINEER for the DEPARTMENT OF TRANSPORTATION FOR THE STATE OF ALABAMA,<br><br>Defendants. | CASE NO. 2:06cv426-DRB |

## ORDER GRANTING E. ADAM WEBB'S MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the application of E. Adam Webb, counsel for Plaintiffs Action Outdoor Advertising J.V., LLC and Jon P. Strength, for permission to appear and participate *pro hac vice* in the above-styled

case. Being fully advised, the Court ORDERS, ADJUDGES, and DECREES that said motion be, and the same is hereby, GRANTED.

DONE and ORDERED in chambers at the United States District Courthouse, Montgomery, Alabama, this _____ day of _____, 2006.

_____
U.S. District Judge
Middle District of Alabama