IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ACTION OUTDOOR ADVERTISING J.V., LLC and JON P. STRENGTH, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | 2:06-CV-00426-DRB |
| JOE MCINNES, as an individual and in official capacity as DIRECTOR of the DEPARTMENT OF TRANSPORTATION FOR THE STATE OF ALABAMA, RANDY BRADEN, as an individual and in his official capacity as ASSISTANT STATE MAINTENANCE ENGINEER for the DEPARTMENT OF TRANSPORTATION FOR THE STATE OF ALABAMA, and CHRIS HILYER, as an individual and in official capacity as DISTRICT ENGINEER for the DEPARTMENT OF TRANSPORTATION FOR THE STATE OF ALABAMA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the *Motion to Appear Pro Hac Vice* (Doc. 4, filed May 12, 2006), it appears that **Edward Adam Webb** is a member in good standing of the United States Court for the Northern District of Georgia, and is otherwise eligible to appear *pro hac vice* in this proceeding as counsel for Defendant.

Accordingly, it is **ORDERED** that the Motion is **GRANTED.**

DONE this 18th day of May, 2006.

                                                  **/s/ Delores R. Boyd**
                                                  DELORES R. BOYD
                                                  UNITED STATES MAGISTRATE JUDGE