IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ACTION OUTDOOR ADVERTISING J.V., LLC and Jon P. Strength, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.  2:06cv426-DRB |
| Joe McInnes, as an individual and in his official capacity as Director of the Department of Transportation for the State of Alabama; Randy Braden, as an individual and in his official capacity as Assistant State Maintenance Engineer of the Department of Transportation for the State of Alabama and Chris Hilyer as an individual and in his official capacity as District Engineer of the Department of Transportation for the State of Alabama, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO

## COMPLAINT

Come now, the Defendants, **Joe McInnes**, as an individual and in his

official capacity as Director of the Department of Transportation for the State of

Alabama; **Randy Braden**, as an individual and in his official capacity as Assistant

State Maintenance Engineer of the Department of Transportation for the State of

1

Alabama and **Chris Hilyer** as an individual and in his official capacity as District

Engineer of the Department of Transportation for the State of Alabama, by and

through their undersigned counsel and move this Honorable Court for an

extension of time in which to respond to the Plaintiffs' Complaint.  As grounds

therefore, the Defendants say:


1.      The undersigned will be representing all of the named Defendants

in the above styled case.

2.      The undersigned was only retained to represent the Defendants on

May 23, 2006.

3.      A copy of the Complaint was not received by the undersigned until

May 23, 2006.

4.      The Complaint is over twenty (20) pages long with multiple

attachments and it would serve the interests of justice and fairness for the

Defendants to have additional time to respond to the allegations in the

Complaint.

5.      Based on information and belief, the Complaint was served on May 11, 2006, and the Defendants have been in the process of securing the authority from the Governor and Attorney General for the State of Alabama to engage outside counsel to defend them in these proceedings.

Based on my understanding of the date of service, the pleading responsive to the Complaint will be due on May 31, 2006, immediately following a national holiday.  In addition, the undersigned is scheduled for trial in Miami, Florida from May 30 through June 2, 2006, and will not be able to meet and confer with Defendants until the week of June 5, 2006, in order to prepare a proper response to the Plaintiffs' Complaint.

6.      The extension requested herein will in no way delay the eventual disposition of this case, nor work a hardship on the Plaintiffs.

PREMISES CONSIDERED, the Defendants respectfully request the Court to grant them an additional twenty-one (21) days in which to file a responsive pleading to the Complaint, or until June 21, 2006, as the Court deems appropriate.

 /s/ Roger L. Bates.
ROGER L. BATES (BAT006)
Attorney for Defendants
HAND ARENDALL, L.L.C.
2001 Park Place North, St. 1200
Birmingham, Alabama 35203
Telephone:   (205)-324-4400
Facsimile:    (205)-322-1163
e-mail:        rbates@handarendall.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 23rd day of May, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

E. Adams Webb, Esq.
The Webb Law Group, LLC
2625 Cumberland Parkway, SE
Suite 220
Atlanta, Georgia  30339

Nicholas J. Cervera, Esq.
Frank P. Ralph, Esq.
CERVERA, RALPH & REEVES
914 South Brundidge Street
Troy, Alabama  35081

/s/ Roger L. Bates
Of counsel