IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION

| | | |
|---|---|---|
| ACTION OUTDOOR ADVERTISING | ) | |
| J.V., LLC and JON P. STRENGTH, | ) | |
| | ) | |
|      Plaintiffs, | ) | |
| | ) | |
| | ) | |
| v. | ) | 2:06-CV-00426-DRB |
| | ) | |
| JOE MCINNES, etc., et al. | ) | |
| | ) | |
| | ) | |
|      Defendants. | ) | |

## ORDER ON MOTION

Upon consideration of the Defendants' *Motion for Extension of Time in which to Respond to Complaint* (Doc.  6, filed May 23, 2006), and for good cause shown, it is

**ORDERED** that the *Motion* (Doc. 6) is **GRANTED** , and the Defendants' deadline to file a responsive pleading to the Complaint is extended to and including June 21, 2006.

DONE this 24th  day of May, 2006.


<u>**/s/ Delores R. Boyd**</u>
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE