### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ACTION OUTDOOR ADVERTISING J.V., LLC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | )    CASE NO. 2:06cv426-DRB ) |
| JOE MCINNES, et al., | ) ) |
| Defendant. | ) |

## DEFENDANTS' MOTION TO DISMISS

**COMES NOW** Defendants McInnes, Braden, and Hilyer, as employees of Alabama Department of Transportation (hereinafter "ALDOT"), without waiver of any other affirmative defenses, and moves this Honorable Court to dismiss all claims against them with prejudice on the following grounds:

I. Plaintiffs failed to exhaust their administrative remedies.

II. Defendants are entitled to sovereign and/or qualified immunity.

Respectfully submitted,

/s/ Roger L. Bates_____
ROGER L. BATES (BAT006)
MARK T. WAGGONER (WAG005)
TRACY R. DAVIS (DAV149)
Attorneys for Defendant
Alabama Department of Transportation

OF COUNSEL:
HAND ARENDALL, L.L.C.
2001 Park Place North, Suite 1200
Birmingham, AL  35203
(205) 324-4400 telephone
(205) 322-1163 facsimile

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ACTION OUTDOOR ADVERTISING J.V., LLC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. 2:06cv426-DRB ) |
| JOE MCINNES, et al., | ) ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/EF system which will send notification of such filing to the following:

Nicholas J. Cervera    ncervera@troycable.net
Frank Ralph           fralph@troycable.net

 that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:
E. Adam Webb
The Webb Law Group, LLC
2625 Cumberland Parkway SE
Suite 220
Atlanta, GA 30339

/s/ Roger L. Bates
ROGER L. BATES (BAT006)
MARK T. WAGGONER (WAG005)
TRACY R. DAVIS (DAV149)
HAND ARENDALL, L.L.C.
2001 Park Place North, St. 1200
Birmingham, Alabama 35203
Telephone:   (205)-324-4400
Facsimile:   (205)-322-1163
rbates@handarendall.com
mwaggoner@handarendall.com
tdavis@handarendall.com

2