IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| ACTION OUTDOOR ADVERTISING J.V., LLC., | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv426-MHT |
| | ) | |
| JOE MCINNES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion to dismiss (doc. no. 9)
is set for submission, without oral argument, on July 26,
2006, with all briefs due by said date.

DONE, this the 23rd day of June, 2006.


          /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE