# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

|  |  |
|---|---|
| ACTION OUTDOOR ADVERTISING J.V., LLC and JON P. STRENGTH,<br><br>      Plaintiffs,<br><br>v.<br><br>JOE MCINNES, as an individual and in his official capacity as DIRECTOR of the DEPARTMENT OF TRANSPORTATION FOR THE STATE OF ALABAMA, RANDY BRADEN, as an individual and in his official capacity as ASSISTANT STATE MAINTENANCE ENGINEER for the DEPARTMENT OF TRANSPORTATION FOR THE STATE OF ALABAMA, and CHRIS HILYER, as an individual and in his official capacity as DISTRICT ENGINEER for the DEPARTMENT OF TRANSPORTATION FOR THE STATE OF ALABAMA,<br><br>      Defendants. | CASE NO. 2:06cv426-DRB |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiffs Action Outdoor Advertising J.V. LLC and Jon P. Strength hereby dismiss this matter without prejudice as follows:

1. In September 2005, Plaintiffs submitted several sign permit applications to the Alabama Department of Transportation ("DOT"). See

Complaint, ¶ 10 (Dkt. No. 1).  Plaintiffs waited several months for the DOT to issue a definitive response to these applications, but no response was forthcoming.  Id. at ¶¶ 10-27.

2. On May 10, 2006, Plaintiffs filed their Complaint against Defendants Joe McInnes, Randy Braden, and Chris Hilyer, both as individuals and in their capacities as officials of the DOT.  See Complaint.  The Complaint alleged that Defendants' treatment of Plaintiffs' sign permit applications (i) violated Plaintiffs' equal protection rights, (ii) deprived Plaintiffs of due process, and (iii) violated the First Amendment.  Id.

3. On June 20, 2006, approximately 10 months after the applications were submitted, Defendants finally issued a denial letter.  See June 20, 2006 Denial Letter (Exh. A hereto).  This letter specifies an administrative process by which Plaintiffs can appeal this denial.  Id. at 2.

4. Plaintiffs have decided to exhaust this administrative appeal procedure prior to pursuing their Complaint.  Consequently, Plaintiffs hereby dismiss this action without prejudice to re-file following the conclusion of the administrative appeal process.

DATED this 24th day of July, 2006.

          Respectfully submitted,

    FOR:  THE WEBB LAW GROUP, L.L.C.


      /s/ E. Adam Webb_____
      E. Adam Webb, Esq.
        Georgia State Bar No. 743910

      The Webb Law Group, L.L.C.
      2625 Cumberland Parkway, S.E.
      Suite 220
      Atlanta, GA  30339
      (770) 444-0773
      (770) 444-0271 (facsimile)

      Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Tracy R. Davis
Hand Arendall, L.L.C.
2001 Park Place North, Suite 1200
Birmingham, AL 35203

This 24th day of July, 2006.

/s/ E. Adam Webb
E. Adam Webb
