**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard, Montgomery, Alabama 36110 

Bob Riley
Governor

Joe McInnes
Transportation Director

June 20, 2006

*Via Certified Mail, RRR*
Action Outdoor Advertising JV, LLC
c/o Steve A. Galberaith
3512 Old Milton Parkway
Alpharetta, GA 30005

Re:    Five Applications for Permit to Erect Outdoor Advertising Sign dated 4/5/06:
Mile Post Location 182.09R
Mile Post Location 181.99R
Mile Post Location 181.89R
Mile Post Location 181.79R
Mile Post Location 182.19R

Dear Mr. Galberaith:

This letter serves as a final decision by the Alabama Department of Transportation regarding the five separate applications for permits for outdoor advertisements along I-65 on property owned by Jon Strength. After collecting further information from you, your attorney, the City of Millbrook, the Federal Highway Administration, and reviewing applicable state and federal law, your Applications for Permit to Erect Outdoor Advertising Sign dated April 5, 2006, are hereby denied.

The denial is based, jointly and severally, on the following reasons:

(1)    The action taken by the municipality in re-zoning the subject property from residential to commercial property was done primarily to permit billboards, which is contrary to both federal and state law.

(2)    Because the municipality failed to enact a comprehensive zoning plan prior to the re-zoning of the subject property, contrary to both federal and state law, the Department cannot defer to the municipality's decision to re-zone the property as commercial.

(3)    The municipality issued an invalid variance to the applicant, which nullifies the local approval to erect the billboards.

(4)    The applicant does not currently possess the requisite local approval to erect the billboards because the permit or variance has been rescinded.

(5)    The subject property does not have typical attributes for a commercial area; there is poor access; and commercial uses are inconsistent with current adjacent residential land uses and topography.

June 20, 2006
Page 2

(6)    The Federal Highway Administration opined in a letter dated May 11, 2006, that the proposed applications for permits were contrary to the intent and purpose of the Highway Beautification Act. Please find enclosed this opinion for your review.

Should you desire to appeal this decision, you have 14 days to submit a written request for an administrative hearing by certified mail, which should be addressed to the undersigned, identify the matter for which the appeal is requested, and the reasons why you believe the decision is in error.

Sincerely,

John E. Lorentson
State Maintenance Engineer

Encl.

cc:    Adam Webb
       Jim Ippolito