**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 25, 2006

# NOTICE OF VOLUNTARY DISMISSAL

Re:  Action Outdoor Advertising, et al vs. Joe McInnes, et al
     Civil Action No. 2:06cv426-DRB

Pursuant to the Notice of Dismissal without prejudice filed by the plaintiffs on 7/24/06, this case has been closed and removed from the docket of this court.