IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ACTION OUTDOOR ADVERTISING ) <br> J.V., LLC., ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> JOE MCINNES, et al., ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO. <br> 2:06cv426-MHT <br> (WO) |

### JUDGMENT

Pursuant to the notice of dismissal without prejudice (doc. no. 12), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety without prejudice.

It is further ORDERED that the motion to dismiss (doc. no. 9) is denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 26th day of July, 2006.

                           /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE